AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Lyons, Raymond T. | 2. Court or Organization  Bankruptcy Court - New Jersey | 3. Date of Report  04/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/26/2012 | Morgan Stanley IRA distributions | $48,380.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | NJ Div of Pensions & Benefits, pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Legal & Financial Network, Annual Leadership Conf | 7/18 - 7/20 | Santa Ana Pueblo, NM | Speaker | registration, transportation, hotel, meals |
| 2. | National Conference of Bankruptcy Judges, Annual Meeting | 10/23 - 10/26 | San Diego, CA | meeting, education | hotel, transportation |
| 3. | American Bankruptcy Institute, Annual Spring Meeting | 4/19 - 4/22 | National Harbor, MD | meeting, education | registration |
| 4. | National Conference of Bankruptcy Judges, Mid-Year Meeting | 3/18 - 3/20 | Miami, FL | meeting | transportation, hotel, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lyons, Raymond T. | 04/06/2013 |

| 5. | Eastern District of Pennsylvania Bankruptcy Conference | 1/19 - 1/20 | Philadelphia, PA | education | hotel, meal, registration |
|---|---|---|---|---|---|
| 6. | National Business Institute, Bankruptcy workshop | 4/27 | Newark, NJ | speaker | meal, registration |
| 7. | American Bankruptcy Institute, NYC Bankruptcy Workshop | 5/9 | New York, NY | education | registration, meal |
| 8. | Pennsylvania Bar Institute | 9/19 -9/20 | Philadelphia, PA | Speaker | registration, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | JP Morgan Chase, accounts | A | Interest | J | T | | | | | |
| 2. | Bank of America, account | A | Interest | J | T | | | | | |
| 3. | Wells Fargo Bank, account | A | Interest | J | T | | | | | |
| 4. | Hudson City Savings Bank, CD | B | Interest | M | T | | | | | |
| 5. | Wells Fargo Bank f/k/a Wachovia Bank, N.A., CD | B | Interest | | | Matured | 5/25/12 | L | | |
| 6. | Ally Bank f/k/a GMAC Bank | B | Interest | M | T | Buy (add'l) | 6/6/12 | L | | |
| 7. | Nationwide Retirement Services, Deferred Comp 457 (H) | D | Int./Div. | M | T | Buy (add'l) | 10/11/12 | L | | |
| 8. | _Nationwide Fixed Account, mutual fund | | | | | | | | | |
| 9. | _Fidelity ContraFund, mutual fund | | | | | | | | | |
| 10. | IRA # 1 | C | Interest | N | T | Distributed (part) | 01/26/12 | K | | |
| 11. | _Morgan Stanley Bank, account | | | | | | | | | |
| 12. | _Bank of India, CD | | | | | Matured | 01/25/12 | K | | |
| 13. | _Ally Bank. CD | | | | | | | | | |
| 14. | _Discover Bank, CD | | | | | Matured | 7/30/12 | K | | |
| 15. | _Bank of China, CD | | | | | Matured | 04/20/12 | L | | |
| 16. | _Bank of China, CD | | | | | | | | | |
| 17. | _GE Capital Ret Bank, CD | | | | | Buy | 4/20/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  _State Bank of India, CD | | | | | Buy | 4/20/12 | K | | |
| 19.  IRA # 2 | C | Int./Div. | L | T | Distributed (part) | 10/11/12 | J | | |
| 20.  _Morgan Stanley Bank, account | | | | | | | | | |
| 21.  _GMAC, bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lyons, Raymond T. | 04/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond T. Lyons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544